(56 Misc. Rep. 504.)

### NYMAN et al. v. DIAMOND et al.

(Supreme Court, Appellate Term. November 29, 1907.)

COURTS—MUNICIPAL COURTS.

Under the express provisions of Municipal Court Act, Laws 1902, p. 1562, c. 580, § 251, body execution cannot issue unless it is so ordered in the judgment.

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Alexander Nyman and another against William Diamond and another. Judgment for plaintiffs, and defendants appeal. Dismissed.

Argued before GILDERSLEEVE, P. J., and LEVENTRITT and ERLANGER, JJ.

David W. Rockmore, for appellants.
Hugart F. Norman, for respondents.

PER CURIAM. The cause of action is conversion. The defendants concede liability for the amount of the plaintiffs' claim, but contend that they are not liable for conversion. On this appeal the only ground upon which a reversal is asked is that under the judgment as rendered the defendants are subject to arrest under an execution against the person. Both counsel have treated the judgment as one in ex delicto. It appears, however, that only a money judgment was rendered, and under its terms no body execution could issue, for the reason that it does not contain the statement required by section 251 of the Municipal Court act (Laws 1902, p. 1562, c. 580).

It follows that the appeal must be dismissed, with costs.